No. 48, Misc.  METZ v. NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 50, Misc.  ROBINSON v. CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 51, Misc.  GRAY v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 52, Misc.  JUELICH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 53, Misc.  BRIDGES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 60, Misc.  EDWARDS v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 71, Misc.  DUNN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 72, Misc.  STOUT v. RIGG, WARDEN.  Supreme Court of Minnesota.  Certiorari denied.